```
                    FILED  ____ LODGED
                    RECEIVED ____ COPY

                      MAR 01 1999

                   CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| GERARDO CASTRO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIV 97-1736 PHX EHC |
| v. | ) | |
| | ) | |
| THE CITY OF CHANDLER, an Arizona municipal corporation, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Jury trial is set to begin on March 16, 1999 and the final pretrial conference is set on March 1, 1999. On February 19, 1999, Plaintiffs filed a "Notice of Settlement." Plaintiffs anticipate that finalization of the settlement may require three or four weeks.

Accordingly,

**IT IS ORDERED** vacating the final pretrial conference on March 1, 1999 and jury trial on March 16, 1999.

**IT IS FURTHER ORDERED** vacating the deadline in which to file the proposed joint pretrial order.

**IT IS FURTHER ORDERED** denying the pending motions without prejudice pending the finalization of the settlement. (Dkts. 42, 71-1, 71-2, 72-86, 95, 100 and 101).



AO 72
(Rev.8/82)

1  **IT IS FURTHER ORDERED** setting a status hearing on **Monday,**
2  **April 5, 1999** at 9:00 a.m. to be vacated upon the filing of a
3  Stipulation for Dismissal with a form of order dismissing this
4  action.
5  
6  DATED this  26  day of February, 1999.

> *[signature: Earl H. Carroll]*
> Earl H. Carroll
> United States District Judge

AO 72
(Rev.8/82)