IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GERARDO CASTRO, et al., )<br>)<br>Plaintiffs, )<br>) | CIV 97-1736 PHX EHC |
| v. )<br>) | |
| THE CITY OF CHANDLER, an Arizona )<br>municipal corporation, et al., )<br>)<br>)<br>Defendants. ) | ORDER |

The Court being fully advised,

**IT IS ORDERED** vacating the status hearing on April 5, 1999 and setting a status hearing on **Monday, April 26, 1999 at 9:00 a.m. to be vacated upon the filing of a Stipulation for Dismissal with a form of order dismissing this action.**

DATED this ___ day of April, 1999.

_____
Earl H. Carroll
United States District Judge

FILED APR 8 - 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

AO 72
(Rev 8/82)