IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

GERARDO CASTRO, et al., )
)
        Plaintiffs, )
) CIV 97-1736 PHX EHC
v. )
)
THE CITY OF CHANDLER, an Arizona ) ORDER
municipal corporation, et al., )
)
)
        Defendants. )

The Court being fully advised,

**IT IS ORDERED** vacating the status hearing on May 24, 1999 and setting a further status hearing on **Monday, June 28, 1999 at 9:30 a.m. to be vacated upon the filing of a Stipulation for Dismissal with a form of order dismissing this action.**

DATED this 24 day of May, 1999.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge