```
___ FILED     _X_ LODGED
___ RECEIVED  ___ COPY

     MAY 26 1999

CLERK U S DISTRICT COURT
BY_____ Z DEPUTY
```

```
_X_ FILED     ___ LODGED
___ RECEIVED  ___ COPY

     MAY 28 1999

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GERARDO CASTRO, PACIENDO CASTRO, EDWARD DELCI, ALBERTO ESPARZA, JOSE FIGUEROA, JOSE GARCIA, ROSALIA GARCIA, RAMON GOMEZ, MINERVA HERNANDEZ, BENITO MARTINEZ, RAFAELA MIRANDA, FELIPE PEREZ, JOSE RIVERA, TERESA RODRIGUEZ, CATALINA VELOZ and VENECIA ZAVALA, on behalf of themselves and all similarly situated individuals, | NO. CIV 97-1736 PHX EHC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| v. | |
| THE CITY OF CHANDLER, JAY TIBSHRAENY, LLOYD HARRELL, PATRICK MCDERMOTT, BOBBY JOE HARRIS, CLIFF ANDERSON and MATT CHRISTENSEN, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties and the accompanying Settlement Agreement, and good cause appearing,

It is hereby ORDERED that the above entitled action is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DONE IN OPEN COURT this ___27___ day of May, 1999.

_____
UNITED STATES DISTRICT JUDGE

JONES, SKELTON & HOCHULI
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

611050.1  4/30/99

(114)

| | |
|---|---|
| 1 | COPY of the foregoing mailed this ____ day |
| 2 | of May, 1999, to: |
| 3 | Stephen G. Montoya, Esq. |
| | Albert M. Flores, Esq. |
| 4 | 337 North Fourth Avenue |
| | Phoenix, AZ  85003-1571 |
| 5 | Attorneys for Plaintiffs |
| 6 | William R. Jones, Jr. |
| | David C. Lewis |
| 7 | Jay P. Rosenthal |
| | 2901 North Central Avenue |
| 8 | Suite 800 |
| | Phoenix, AZ  85012 |
| 9 | Attorneys for Defendants |
| | City of Chandler, |
| 10 | Harrell, McDermott, |
| | Harris and Anderson |

JONES, SKELTON & HOCHULI
ATTORNEYS AT LAW
2901 NORTH CENTRAL AVENUE
SUITE 800
PHOENIX, ARIZONA 85012
TELEPHONE (602) 263-1700

611050.1  4/30/99                                2